| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
TOMA CHHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00029 LJO |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE SENTENCING HEARING; AND PROPOSED ORDER THEREON |
| TOMA CHHUN, | |
| Defendant. | Date: March 27, 2009 |
| | Time: 9:00 a.m. |
| | Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for April 3, 2009, **may be advanced to March 27, 2009 at 9:00 a.m.**

The reason for the requested advancement is that the parties have arrived at a disposition of this matter; there are no legal or factual disputes; the United States Probation Officer has no objection.

DATED: March 24, 2009                                          DATED: March 24, 2009

LAWRENCE G. BROWN                                         DANIEL J. BRODERICK
Acting United States Attorney                                   Federal Public Defender


 /s/ Marlon Cobar                                                       /s/ Douglas J. Beevers
MARLON COBAR                                                   DOUGLAS J. BEEVERS
Assistant United States Attorney                               Assistant Federal Defender
Attorney for Plaintiff                                                  Attorney for Defendant
                                                                                 Toma Chhun

**ORDER**

The sentencing hearing in the above-referenced matter for defendant, Toma Chhun, now set for April 3, 2009, **is hereby advanced to March 27, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   March 24, 2009**                            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE