IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiffs,              )          No. 1:08-CR-00029  LJO
                                   )
     vs.                           )          ORDER OF RELEASE
                                   )
TOMA CHHUN,                        )
                                   )
          Defendant.               )
_____)

The above-named defendant having been sentenced on August 5, 2013, to Time Served and one day,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point to be released on Tuesday, August 6, 2013 between the hours of 10:00 am to 2:00pm.  A certified Judgment and Commitment order to follow.


IT IS SO ORDERED.

**Dated:   August 5, 2013          /s/  Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

1